# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>JUAN JESUS HUERTA-NORIEGA<br><br>　　　　Defendant. | Case No.: 18CR2027-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

　　For good cause appearing, the United States' Motion to Dismiss the Information without prejudice as to Juan Jesus Huerta-Noriega is **granted.**

**SO ORDERED.**

DATED: June 18, 2018

　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　U.S. District Judge

- 1 -